Ruffin, C. J.
 

 The counsel have properly advised the Court of the present state of this controversy, and we think it must prevent any further proceeding in it here. The whole purpose of the suit has been answered by the acts of the parties themselves. They have made it useless, and therefore improper, that the Court should determine whether the order, appealed from, was erroneous or not. Upon that ground the Court must decline con„ sidering that question at all, and as a matter of course, the order must stand, and a certificate to that effect be
 
 *220
 
 transmitted to the Court of Equity.- The appeal being from an interlocutory order,-the Court can only dispose of the costs of the appeal, leaving the costs of the causé to the Court below. As an. appeal would not be entertained upon the single question of costs, so the Court will not, in a case situated like this, look into the merits, for the mere purpose of seeing how the costs ought to have gone, if the case had come on for a, decision upon the merits. But, as neither party-would bring on the appeal for upwards of four years arid until a decision of it became immaterial and consequently improper, we think that costs ought not to be given id this Court, but that each party should pay his own.
 

 Per Curiam.
 

 Ordered accordingly.